## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                  **Case No. 4:17-cr-00154 KGB**

**BRANDON MOORE**                                                         **DEFENDANT**

## ORDER

Before the Court is defendant Brandon Moore's motion to dismiss petition under 28 U.S.C. § 2255 for relief from conviction or sentence by a person in federal custody (Dkt. No. 51). The Court grants Mr. Moore's motion to dismiss the petition under 28 U.S.C. § 2255 (Dkt. No. 51), and the Court dismisses the petition under 28 U.S.C. § 2255 (Dkt. No. 44).

It is so ordered this 30th day of October, 2020.

_____
Kristine G. Baker
United States District Judge